

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
Washington, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

Date: February 23, 2010

U. S. Bankruptcy Court
101 West Lombard Street, 8th Floor
Room 8515
Baltimore, MD 21201

Re: Docket #07-21814

Dear Clerk of the U.S. Bankruptcy Court:

Please withdraw all claims filed by the Internal Revenue Service for Fieldstone Mortgage Company in the above referenced case number.

If you have any questions, you may call me at (410) 962-9205 or you may write to me at Internal Revenue Service, 31 Hopkins Plaza, Room 1150, Baltimore, MD 21201.

Sincerely,

Hope Agent
Bankruptcy Specialist
Badge Number 1000274206

FILED

FEB 25 2010

CLERK'S OFFICE
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE